

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE OF ORDER ON MOTION

Cause number:    01-15-00116-CR

Style:    William Cormac Quinn

     **v** The State of Texas

Date motion filed*:    July 22, 2015

Type of motion:    Appellant's Fourth Motion to Extend Time to File Brief

Party filing motion:    Appellant

Document to be filed:    Appellant's Brief

If motion to extend time:

     Deadline to file document:    July 22, 2015

     Number of previous extensions granted:    3

     Length of extension sought:    5 days

Ordered that motion is:

     ☒    Granted
        If document is to be filed, document due: **July 27, 2015**

     **No further extensions of time will be granted**. *See* TEX. R. APP. P. 38.6(d). If the brief is not filed by July 22, 2015, the case will be abated for a hearing to determine (a) whether the appellant desires to prosecute his appeal; (b) whether appellant is indigent; (c) if not indigent, whether appellant has abandoned the appeal or whether appellant has failed to make necessary arrangements for filing a brief; (d) the reason for the failure to file a brief; (e) if the appellant desires to continue the appeal, a date certain when appellant's brief will be filed.

Judge's signature: /s/ Chief Justice Sherry Radack
         ☒ Acting individually      ☐ Acting for the Court

Date: July 28, 2015